FAWCETT v. UNITED STATES.

(Circuit Court, S. D. New York. February 22, 1906.)

No. 3,979.

1. CUSTOMS DUTIES—CLASSIFICATION—COMBED SILK.

Combed silk that has fallen from or been caught in the machines in which it was undergoing further operations is dutiable under the provision in paragraph 384, Tariff Act July 24, 1897, c. 11, § 1, Schedule L, 30 Stat. 185 [U. S. Comp. St. 1901, p. 1668], for silk not further manufactured than combed, and is not subject to the provision for silk waste in paragraph 661, § 2, Free List, 30 Stat. 201 [U. S. Comp. St. 1901, p. 1688].

2. SAME—SILK WASTE—SILK COCOONS.

Paragraph 661, Tariff Act July 24, 1897, c. 11, § 2, Free List, 30 Stat. 201 [U. S. Comp. St. 1901, p. 1688], enumerating "silk cocoons and silk waste," includes those articles only when not manufactured at all.

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision under review affirmed the assessment of duty by the collector of customs at the port of New York on merchandise imported by Hughes Fawcett.

Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers.

D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. This merchandise is combed silk that had fallen from, or been caught in, the machines, through which it was undergoing further operations with other silk of the same quality, which kept on toward further completion. The silk schedule of the act of 1897 lays a duty on "384. Silk partially manufactured from cocoons or from waste silk and not further advanced, or manufactured than carded or combed silk, forty cents per pound." Act July 24, 1897, c. 11, § 1, Schedule L, 30 Stat. 185 [U. S. Comp. St. 1901, p. 1668]. This material was none the less combed silk because it got out of place or dirty in the further process, so as not to be further advanced than combed silk. It was situated in the process like the steel-rail crop ends in Robertson v. Perkins, 129 U. S. 233, 9 Sup. Ct. 279, 32 L. Ed. 686, which were held to be none the less steel because they were an overplus in the manufacture of steel rails. "Silk cocoons and silk waste" are free by paragraph 661, § 12, Free List, 30 Stat. 201 [U. S. Comp. St. 1901, p. 1688], but that is when they are not manufactured at all; when they are, they come under paragraph 384.

Decision affirmed.